IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:09cr95 |
| DAVID BAKER, | : Chief Judge Susan J. Dlott |
| Defendant(s) | : |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on December 16, 2009(Doc. 28), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 7, 2010, hereby ADOPTS said Report and Recommendations.

Accordingly, the Court concludes that the Defendant is found competent to stand trial and that in the event of his conviction, the Court will consider his psychiatric deficits when rendering a fair and just sentence.

IT IS SO ORDERED.

Chief Judge Susan J. Dlott
United States District Court